**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| Gary Hamblen, an individual, ) | No. CV-08-817-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) |   |
| WIP, L.L.C., an Arizona company; Deer Valley Center Ltd., a California business, dba Deer Valley Center, ) |   |
| Defendants. ) |   |

      This matter has been assigned to the undersigned United States Magistrate Judge upon the express consent of all parties pursuant to 28 U.S.C. § 636 (c) and Rule 73, Fed.R.Civ.P., and the approval of United States District Judge Frederick J. Martone. (docket # 14)

      After the Court's review of the file and on it's own motion,

      **IT IS ORDERED** setting an informal Rule 16 scheduling conference on **Thursday, September 11, 2008 at 2:00 p.m.** before the undersigned to discuss, among other things, Judge Martone's Rule 16 Scheduling Order. (docket # 13) Lead local counsel shall be physically present with their work calendars.

      DATED this 3rd day of September, 2008.

Lawrence O. Anderson
United States Magistrate Judge